1 | Frank Woodson
Navan Ward
2 | **BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
3 | 218 Commerce Street
P.O. Box 4160
4 | Montgomery, Alabama 36103
Telephone: 334-269-2343
5 | Facsimile: 334-954-7555
Attorneys for Plaintiffs
6
7
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | SAN FRANCISCO DIVISION
11
12 | IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
13 | PRODUCT LIABILITY LITIGATION

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

14 | This Document Relates To:

15 | *James Alan Bell vs. G.D. Searle LLC, et al.*
(05-4450 CRB)
16

**AMENDED STIPULATION AND**
**ORDER OF DISMISSAL WITH**
**PREJUDICE**

17 | *James Rogers Fanning vs. G.D. Searle LLC, et al.*
(05-4453 CRB)
18

19 | *John J. Driscoll vs. Pfizer Inc, et al.*
(05-4584 CRB)
20

*Barbara Clem vs. G.D. Searle LLC, et al.*
21 | (05-4736 CRB)

22 | *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
(05-5360 CRB)

23 | *Johnny Edwards vs. Pfizer Inc, et al.*
(06-1914 CRB)
24

25 | *William Crowley vs. Pfizer Inc*
(06-2668 CRB)

26 | *Connie B. Anderson vs. Pfizer Inc, et al.*
(06-2784 CRB)
27

28 | *Tracy Baral vs. Pfizer Inc, et al.*
(06-2912 CRB)

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2
*Willevene Gruver, et al. vs. Pfizer Inc, et al.*
(06-2940 CRB)

3
*Michael Castle, et al. vs. Pfizer Inc, et al.*
(06-3061 CRB)
4

5
*Henry Anderson vs. Pfizer Inc, et al.*
(06-3418 CRB)

6
*Carolyn Chasteen vs. Pfizer Inc, et al.*
(06-3433 CRB)
7

8
*James Craig vs. Pfizer Inc, et al.*
(06-3554 CRB)

9
*Connie Akridge vs. Pfizer Inc, et al.*
(06-3555 CRB)
10

11
*Faye Cochran vs. G.D. Searle LLC, et al.*
(06-3654 CRB)

12
*Herbert R. Gorham vs. G.D. Searle LLC, et al.*
(06-3657 CRB)
13

14
*David Dobbins vs. Pfizer Inc, et al.*
(06-3950 CRB)

15
*Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
(06-4012 CRB)
16

17
*Jerry Goodman vs. Pfizer Inc, et al.*
(06-4013 CRB)

18
*Gene N. Gordon vs. G.D. Searle LLC, et al.*
(06-4294 CRB)
19

20
*Alyce B. Elliott vs. Pfizer Inc, et al.*
(06-4419 CRB)

21
*Roger D. Conner vs. G.D. Searle LLC, et al.*
(06-4483 CRB)
22

23
*Elaine Givens vs. Pfizer Inc, et al.*
(06-4608 CRB)

24
*Shelia Adams, et al. vs. Pfizer Inc, et al.*
(06-5040 CRB)
25

26
*Veronica Grice, et al. vs. Pfizer Inc, et al.*
(06-5385 CRB)

27
*Jeffery L. Davis vs. Pfizer Inc, et al.*
(06-7009 CRB)
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2595197.1

*Rick Detmer, et al. vs. Pfizer Inc, et al.*
(06-7523 CRB)

*Randy Gunter, et al. vs. Pfizer Inc, et al.*
(06-7524 CRB)

*Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
(06-7770 CRB)

*Christene Canada vs. Pfizer Inc, et al.*
(06-7771 CRB)

*Christine Erickson, et al. vs. Pfizer Inc, et al.*
(06-7772 CRB)

*Dannie Graham vs. Pfizer Inc, et al.*
(06-7774 CRB)

*Troy L. Coker, et al. vs. Pfizer Inc, et al.*
(06-7775 CRB)

*Michael Fisher vs. Pfizer Inc, et al.*
(07-0761 CRB)

*George S. Chiotakis vs. Pfizer Inc, et al.*
(07-0860 CRB)

*Ricky Estep vs. Pfizer Inc, et al.*
(07-0971 CRB)

*Ralph Rocha, et al. vs. Pfizer Inc, et al.*
(07-1124 CRB)

*Shirley Darling, et al. vs. Pfizer Inc, et al.*
(07-1356 CRB)

*Lawrence Burris, et al. vs. Pfizer Inc, et al.*
(07-1371 CRB)

*Richard L. Bowden vs. Pfizer Inc, et al.*
(07-1375 CRB)

*Betty Grulke vs. Pfizer Inc, et al.*
(07-1768 CRB)

*Bradley John Cok, et al. vs. Pfizer Inc, et al.*
(07-1874 CRB)

*Phyllis Buonopane vs. Pfizer Inc, et al.*
(07-2026 CRB)

*Connie LaGrew, et al. vs. Pfizer Inc, et al.*
(07-3034 CRB)

*Betty Lou Bass vs. Pfizer Inc, et al.*

1 | (07-3643 CRB)

2 | *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
(07-3646 CRB)

3

4 | *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
(07-3955 CRB)

5 | *Helen Alexander, et al. vs. Pfizer Inc, et al.*
(07-4382 CRB)

6

7 | *James Dauphinais, et al. vs. Pfizer Inc, et al.*
(07-4983 CRB)

8 | *James Darty vs. G.D. Searle LLC, et al.*
(07-5399 CRB)

9

10 | *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
(07-5590 CRB)

11 | *Morris Adams, et al. vs. Pfizer Inc, et al.*
(07-5591 CRB)

12

13 | *Peter Fos vs. Pfizer Inc, et al.*
(07-5685 CRB)

14 | *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
(07-5703 CRB)

15

16 | *Vivian Cobb vs. Pfizer Inc, et al.*
(08-0257 CRB)

17 | *Roberta Bowman vs. Pfizer Inc, et al.*
(08-0303 CRB)

18

19 | *Harriet Bratcher vs. Pfizer Inc, et al.*
(08-0795 CRB)

20 | *Olive Beebe, et al. vs. Pfizer Inc, et al.*
(08-0977 CRB)

21

22 | *Ramond Beaver vs. Pfizer Inc, et al.*
(08-1015 CRB)

23 | *Robert Colman vs. Pfizer Inc, et al.*
(08-1016 CRB)

24

25 | *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
(08-1224 CRB)

26 | *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
(08-1351 CRB)

27

28 | *Tim Gray vs. Pfizer Inc, et al.*
(08-1434 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42595197.1

1
2    *Owen L. May, et al. vs. Pfizer Inc, et al.*
     (08-1590 CRB)

3    *Ronald Carr, et al. vs. Pfizer Inc, et al.*
     (08-1591 CRB)
4
     *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5    (08-1746 CRB)

6    *Earnest Colvin vs. Pfizer Inc, et al.*
     (08-2470 CRB)
7
     *Velma Burt vs. Pfizer Inc, et al.*
8    (08-2471 CRB)

9    *Sarah Benton vs. Pfizer Inc, et al.*
     (08-2605 CRB)
10
     *Lawanda Bell vs. Pfizer Inc, et al.*
11   (08-3708 CRB)

12        Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15   each side bearing its own attorneys' fees and costs.

16

17

18

19

20

21

22        DATED: 10/2/2009        By: Navan Ward J.

23

24                                 **BEASLEY, ALLEN, CROW, METHVIN,**
                                   **PORTIS & MILES, P.C.**
25                                 218 Commerce Street
                                   P.O. Box 4160
26                                 Montgomery, Alabama 36103
                                   Telephone: 334-269-2343
27                                 Facsimile: 334-954-7555

                                   *Attorneys for Plaintiffs*
28

                                        -5-

                STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
     EAST\42595197.1

1    DATED: Oct. 29, 2009      By: _____

2

3                                **DLA PIPER LLP (US)**
                                1251 Avenue of the Americas
4                               New York, New York 10020
                                Telephone: 212-335-4500
                                Facsimile: 212-335-4501
5
6                               *Defendants' Liaison Counsel*

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
9    IT IS SO ORDERED.**

10

11   Dated: NOV 1 3 2009

12                               Hon. Charles R. Breyer
                                United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              -6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42595197.1